UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, *et al.,*

Defendants.

Civil Action No. 26-1404 (APM)

## JOINT STATUS REPORT

Pursuant to the Court's May 29, 2026, Minute Order, the Parties conferred and respectfully submit the following joint status report on this Freedom of Information Act ("FOIA") case:

### The Status of Plaintiff's FOIA Requests

Plaintiff submitted two FOIA requests to Defendants on February 19, 2026. The first request was submitted to the Centers for Medicare and Medicaid ("CMS"). The second request was submitted to the Department of Health and Human Services (the "Department" or "HHS").

The first request seeks copies of certain email correspondence over a specified period of time of one political-appointee custodian, which contains one or more of three keyword terms pertaining to agency interactions with special-interest lobbyists. This request was assigned tracking number 021920267036. CMS has received the results of the search and is in the process of converting the documents resulting from the search to determine a total page count. After the documents are converted, Defendants will update Plaintiff on the number of potentially responsive

records and provide a production schedule. Defendants expect to provide Plaintiff an update as to the estimated volume of responsive records within the next 30 days.

The second request seeks copies of certain email correspondence over a specified period of time of one political-appointee custodian, which was also to or from one or more of four names government employees and which contains one or more of three keyword terms pertaining to agency interactions with special-interest lobbyists. This request was assigned confirmation ID 2754356 and tracking number 2026-HHS-FOIA-001943. On June 11, 2026, HHS issued a referral letter to Plaintiff, informing Plaintiff that records potentially responsive to the request were maintained by CMS and the request had been referred to CMS for a direct response.

Plaintiff submitted a FOIA request to CMS on March 20, 2026, seeking copies of certain email correspondence over a specified period of time in 2025 of one political-appointee custodian, which both were also to or from a single outside party and contain one or more of six keywords. This request was assigned tracking number 032020267033. ECF No. 4 at 3-4. CMS has received the results of the search and is in the process of converting the documents resulting from the search to determine a total page count. After the documents are converted, Defendants will update Plaintiff on the number of potentially responsive records and provide a production schedule. Defendants expect to provide Plaintiff an update as to the estimated volume of responsive records within the next 30 days.

### The Anticipated Number of Documents Responsive to Plaintiff's FOIA Requests

The parties respectfully refer the Court to the above paragraphs of this joint status report.

### The Anticipated Date for Release of Documents Responsive to Plaintiff's FOIA Requests

The parties respectfully refer the Court to the above paragraphs of this joint status report.

**Whether a Motion for an *Open America* Stay is Likely in this Case**

Neither party anticipates filing a motion for an *Open America* stay at this time.

**Whether a *Vaughn* Index Will be Required in this Case**

The parties respectfully request that the issue of whether a *Vaughn* Index will be required be deferred until after Defendants complete productions.

**A Proposed Briefing Schedule for Dispositive Motions**

The parties respectfully request that setting a briefing schedule be deferred until after Defendants complete productions.

The parties respectfully propose that they be ordered to file another joint status report on or before September 10, 2026, until production of documents is complete.

Dated: June 12, 2026                              Respectfully submitted,

*/s/ Matthew D. Hardin*                           JEANINE FERRIS PIRRO
MATTHEW D. HARDIN                                 United States Attorney
D.C. Bar #1032711
Hardin Law Office                                 By: */s/ Kaitlin K. Eckrote*
101 Rainbow Drive #11506                              KAITLIN K. ECKROTE, D.C. Bar #1670899
Livingston, TX 77399                                 Assistant United States Attorney
(202) 802-1948                                       601 D Street NW
                                                     Washington, D.C. 20530
*Counsel for Plaintiff*                              (202) 252-2485

                                                  *Attorneys for the United States of America*