UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY & OVERSIGHT,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

Civil Action No. 26-1404 (APM)

**JOINT STATUS REPORT**

Pursuant to the Court's June 15, 2026, Minute Order, the Parties conferred and respectfully submit the following joint status report on this Freedom of Information Act ("FOIA") case:

1. Plaintiff submitted two FOIA requests to Defendants on February 19, 2026. The first request was submitted to the Centers for Medicare and Medicaid ("CMS"). The second request was submitted to the Department of Health and Human Services (the "Department" or "HHS").

2. The first request seeks copies of certain email correspondence over a specified period of time of one political-appointee custodian, which contains one or more of three keyword terms pertaining to agency interactions with special-interest lobbyists. This request was assigned tracking number 021920267036. CMS has received the results of the search which resulted in approximately 2,341 potentially responsive pages.

3. The second request seeks copies of certain email correspondence over a specified period of time of one political-appointee custodian, which was also to or from one or more of four names government employees and which contains one or more of three keyword terms pertaining

to agency interactions with special-interest lobbyists. This request was assigned confirmation ID 2754356 and tracking number 2026-HHS-FOIA-001943. On June 11, 2026, HHS issued a referral letter to Plaintiff, informing Plaintiff that records potentially responsive to the request were maintained by CMS and the request had been referred to CMS for a direct response.

4. Plaintiff submitted a FOIA request to CMS on March 20, 2026, seeking copies of certain email correspondence over a specified period of time in 2025 of one political-appointee custodian, which both were also to or from a single outside party and contain one or more of six keywords. This request was assigned tracking number 032020267033. CMS has received the results of the search which resulted in approximately 34 potentially responsive pages.

5. CMS will process 500 pages per month and anticipates its first interim response to be sent on or about September 28, 2026.

6. CMS estimates the date of competition to be approximately February 2027.

7. The parties respectfully propose that they be ordered to file another joint status report on or before December 9, 2026, and everyone 90 days after, until production of documents is complete.

Dated: September 10, 2026

Respectfully submitted,

*<u>/s/ Matthew D. Hardin</u>*
MATTHEW D. HARDIN
D.C. Bar #1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
(202) 802-1948

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: <u>/s/ *Kaitlin K. Eckrote*</u>
KAITLIN K. ECKROTE, D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-2485

*Attorneys for the United States of America*